**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BRANDON KRICK, individually and on behalf of all others similarly situated, | ) ) | Case No. 1:18-cv-1696-LJO-SKO |
| Plaintiff, | ) ) ) | **ORDER DIRECTING THE CLERK OF COURT TO CLOSE THE CASE** |
| v. | ) ) | |
| NETBRANDS MEDIA CORPORATION, dba Imprint.com, and DOES 1 through 10, | ) ) ) | (Doc. 7) |
| Defendants. | ) ) | |

On January 4, 2019, Plaintiff filed a "Notice of Voluntary Dismissal of Action Without Prejudice," in which Plaintiff notifies the Court of the dismissal of the entire action without prejudice. (Doc. 7.) Plaintiff filed this notice before the opposing party served either an answer or a motion for summary judgment. As such, Plaintiff has voluntarily dismissed this matter without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). The Court therefore DIRECTS the Clerk of Court to close this case.

IT IS SO ORDERED.

Dated: **January 7, 2019**          /s/ *Sheila K. Oberto*

UNITED STATES MAGISTRATE JUDGE